IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| LORENZO PEARSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO.1:17-cv-687-WKW-TFM |
| | ) | [wo] |
| THE COMMERCIAL BANK OF | ) | |
| OZARK, *et. al.,* | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

On October 12, 2017, Plaintiff filed a Complaint in this Court. (Doc. 1). Thereafter, Plaintiff filed a motion to proceed in forma pauperis. (Doc. 3). The Complaint and the Affidavit accompanying the Motion reveal that Plaintiff failed to fully complete Section 3 of the Affidavit. (Doc. 3-1). Thus, the Court concludes that more information is necessary to make a decision on the motion to proceed in forma pauperis. Accordingly, the Clerk's Office is DIRECTED to send to Plaintiff the long affidavit form. Further, it is ORDERED that Plaintiff file this Affidavit on or before January 3, 2018.

DONE this 18th day of December, 2017.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE

.