IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LORENZO PEARSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 1:17-CV-687-WKW |
| | ) |
| THE COMMERCIAL BANK OF OZARK, COMMERCIAL BANK OF OZARK, COMMERCIAL BANCSHARES OF OZARK, INC., and STATE OF ALABAMA RULES OF CIVIL PROCEDURE, | ) |
| | ) |
| Defendants. | ) |

## **FINAL JUDGMENT**

In accordance with the prior proceedings, opinions, and orders of the court, it is the ORDER, JUDGMENT, and DECREE of the court that Plaintiff Lorenzo Pearson's claims against Defendants The Commercial Bank of Ozark, Commercial Bank of Ozark, Commercial Bancshares of Ozark, Inc., and State of Alabama Rules of Civil Procedure are DISMISSED with prejudice

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 10th day of May, 2018.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE