IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 18-12398-J

LORENZO PEARSON,

Plaintiff-Appellant,

versus

THE COMMERCIAL BANK OF OZARK,
COMMERCIAL BANK OF OZARK,
COMMERCIAL BANCSHARES OF OZARK, INC.,
STATE OF ALABAMA, Rules of Civil Procedure,

Defendants-Appellees.

Appeal from the United States District Court
for the Middle District of Alabama

ORDER:

Lorenzo Pearson appeals from the district court's order dismissing his *pro se* 42 U.S.C. § 1983 lawsuit against (1) "The Commercial Bank of Ozark," (2) "Commercial Bank of Ozark," (3) "Commercial Bancshares of Ozark, Inc." (collectively, "the Bank") related to the Bank's foreclosure on his property in Ariton, Alabama and subsequent October 2017 foreclosure sale of the property. Pearson also asserted a due process claim against the Alabama Rules of Civil Procedure, which he named as a defendant to the suit. Pearson moves this Court for leave to proceed *in forma pauperis* ("IFP") on appeal. Consequently, the appeal is subject to a frivolity determination. *See* 28 U.S.C. § 1915(e)(2)(B). "[A]n action is frivolous if it is without arguable

merit either in law or fact." *Napier v. Preslicka*, 314 F.3d 528, 531 (11th Cir. 2002) (quotation marks omitted).

Here, any appeal would be frivolous. The district court previously enjoined Pearson against filing any future suit against the Bank unless he first submitted a petition for leave to file, a copy of his proposed complaint, and a copy of the injunction order. Because Pearson did not comply with this pre-screening procedure, the district court properly dismissed his suit pursuant to the injunction order. To the extent that Pearson's claim against the Alabama Rules of Civil Procedure did not fall within the scope of the injunction order, the district court correctly dismissed this claim under 28 U.S.C. § 1915(e)(2)(B). The Alabama Rules of Civil Procedure were not a person acting under color of state law. *See* 42 U.S.C. § 1983 (creating a private cause of action for deprivations of federal rights by persons acting under color of state law). Accordingly, Pearson's motion for leave to proceed IFP is DENIED.

/s/ Kevin C. Newsom
UNITED STATES CIRCUIT JUDGE

## UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

September 20, 2018

Lorenzo Pearson
17 W MAIN ST
ARITON, AL 36311

Appeal Number: 18-12398-J
Case Style: Lorenzo Pearson v. The Commercial Bank of Ozark, et al
District Court Docket No: 1:17-cv-00687-WKW-TFM

**This Court requires all counsel to file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause.**

The following action has been taken in the referenced case:

Pursuant to Eleventh Circuit Rule 42-1(b) you are hereby notified that upon expiration of fourteen (14) days from this date, this appeal will be dismissed by the clerk without further notice unless you pay to the DISTRICT COURT clerk the docketing and filing fees, with notice to this office.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Davina C. Burney-Smith, J
Phone #: (404) 335-6183

MOT-2 Notice of Court Action